Certificate Number: 03621-PAE-DE-031024531

Bankruptcy Case Number: 18-11603



03621-PAE-DE-031024531

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 12, 2018, at 8:26 o'clock PM EDT, Richard B Curry completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 13, 2018                    By:     /s/Damaris Soto

                                       Name:   Damaris Soto

                                       Title:  Credit Counselor

Certificate Number: 03621-PAE-DE-031024532

Bankruptcy Case Number: 18-11603



03621-PAE-DE-031024532

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 13, 2018</u>, at <u>7:53</u> o'clock <u>PM EDT</u>, <u>Karen L Curry</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   May 13, 2018           By:   /s/Damaris Soto

                               Name: Damaris Soto

                               Title: Credit Counselor