United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard B Curry  
Karen L. Curry  
      Debtors

Case No. 18-11603-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Jul 13, 2018  
                      Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2018.  
db/jdb        +Richard B Curry,   Karen L. Curry,   1075 Avenue B,   Langhorne, PA 19047-3806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:  
      KEVIN G. MCDONALD   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
      PAUL H. YOUNG   on behalf of Debtor Richard B Curry support@ymalaw.com,   ykaecf@gmail.com,   paullawyers@gmail.com,pyoung@ymalaw.com  
      PAUL H. YOUNG   on behalf of Joint Debtor Karen L. Curry support@ymalaw.com,   ykaecf@gmail.com,   paullawyers@gmail.com,pyoung@ymalaw.com  
      ROBERT H. HOLBER   trustee@holber.com,   rholber@ecf.epiqsystems.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Richard B Curry and Karen L. Curry : Case No. 18−11603−elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 13, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

27
Form 195